UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-CR-80083-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

RICHARD CICCARELLA,

        **Defendant.**
_____/

## FACTUAL PROFFER

1.    From at least November 2017 through February 2018, the Defendant, using the internet user name RICH25N on a Russian website named iMGSRC.RU, posted photographs of his daughter with the caption, "dirty comments welcomed" in the title of the message board. The defendant, as RICH25N, created folders that were accessible as well. In the "Daughter" folder, the images included a comment by RICH25N, followed by comments of other users, as follows:

    a. Posted with the comment, "Dirty comment's welcome," was a photograph of the defendant's daughter wearing only underwear standing next to a Christmas tree. Three users posted comments on November 26, 2017 including, "beautiful girl", "love the pics", and "can she be my present?"

    b. Posted was a photograph of the defendant's daughter wearing only underwear playing a board game and sitting next to an adult male. Two users posted comments on November 26, 2017 including, "wow" and "strip candy land!!! Why didn't I think of that!"

    c. Posted was a photograph of the defendant's daughter sitting on a bronzed lion in front of a sign that read "Lion Country Safari." One user posted "what a cutie" on November 26, 2017.

2.    The defendant, using the screen name RICH25N, also created a folder entitled "Wife," and "Sandra 2." RICH25N created the following password protected folders,:

"Neighbors Mom and Daughter by me," "Tributes," "Hot girl at work," and "Misc."

3. The defendant, using the screen name RICH25N, also commented on photographs posted by other users. Several examples of his postings are as follows:

   a. On January 3, 2018 at 21:29, underneath nine (9) photos captioned as "Wife, and daughter. Tell me what you would do ...," RICH25N posted "Mmmm sexy daughter. Would you help her with me?" Some of the photos displayed what appeared to be a blonde-haired adult female, a young blonde 11 to 14 year-old girl, or both of them. In each photo they were both fully clothed.

   b. On February 2, 2018 at 20:12, underneath twelve (12) photos captioned as "Sarah on Musically, 01," RICH25N posted "She is pretty." Each photo displayed what appeared to be an approximately nine-year-old girl recording herself singing on a computer.

4. Subscriber records available from this website confirmed that the defendant, using the screen name RICH25N used the email account richard25n@yahoo.com and IP address 73.49.133.59.

5. Comcast responded to a request for subscriber information on the 73.49.133.59 IP address, that the subscriber of the account was the defendant, and provided his home address as the location of service in West Palm Beach, Florida.

6. On March 8, 2018, Federal agents of the Department of Homeland Security made contact with the defendant at his place of employment located at 153 Woodbridge Road, Palm Beach, Florida. The defendant escorted the agents in and located a room where they all could speak. The defendant stated that he was the Non-Commissioned Officer in Charge (NCOIC) of all White House communications for the United States Army at Mara Lago. The defendant advised he was permanently assigned to Palm Beach, Florida, and provided his work cell phone

number. He advised his email addresses were RichardCiccarella84@gmail.com and RichardCiccarella25@gmail.com. He noted that his job status within the United States Army was categorized as a Telecommunications Operations Chief, Level MOS 25W.

7. During the recorded interview, the defendant was advised of his Article 131 rights and *Miranda* warnings Federal agents of the Department of Homeland Security, which he waived freely, verbally, and in writing. The defendant stated that he had been using the website "Chatstep" but stopped using it because of questionable comments about children. He advised he never had or used a Richard25N@yahoo.com email. The defendant admitted that he posted sexual photos of his wife online, but she was not aware of the types of photos they were. He was shown the photos posted in the iMGSRC.RU website and confirmed those pictures to be his wife and the ones he had posted. The defendant admitted posting photos of his daughter, but then people began to post comments that he did not like.

8. The defendant's wife confirmed the defendant had a U.S. Army issued gray iPhone, phone number 202-814-9678, serial number 352013075156767 which was password protected. She confirmed the defendant recently created a www.yahoo.com email account for his "junk email." The defendant's wife also provided that "25n" was the defendant's MOS that he uses for passwords and email addresses.

9. The Federal agents of the Department of Homeland Security asked the defendant if Richard25N@yahoo.com was his email and again he stated, "No". The defendant was then asked to attempt to login to www.yahoo.com using the Richard25N@yahoo.com. The defendant used his phone, accessed the www.yahoo.com email login screen, and entered Richard25N as the username. The website requested he fill in the missing digits of what appeared to be his work cell phone number as a security measure. Once the defendant entered the missing numbers, his work

phone rang with an incoming text message that provided an access key to the Richard25N@yahoo.com email. Once the email was accessed, law enforcement observed that there were no messages in the inbox, sent, or deleted folders.

10. The Federal agents of the Department of Homeland Security asked the defendant if he had deleted any emails, relating to anything to do with child pornography. The defendant stated he received several links to his email address, that when clicked on, opened websites that revealed child pornography. The defendant stated that he did not tell agents about the links because he was scared, which is also the reason he lied about his email address, Richard25N@yahoo.com. The defendant stated that the only email address he received links on was Richard25N@yahoo.com from January to February 2018. The defendant stated he "egged" on the users who commented on his daughter, which were images of his daughter topless in underwear, as discussed above.

11. The defendant signed a consent to seize and search all the digital devices in his residence. His previous iPhone 6, with IMEI #353331075769903 (which had been given to his four-year-old daughter) revealed internet history for the iMGSRC.RU Russian website in the deleted space.

12. By agreeing to these facts, the defendant agrees the following elements of making a false statement to a federal officer, charged in Count 1 of the Information, would be proven beyond a reasonable doubt had this case gone to trial:

*First*:     the Defendant made the statement, as charged;

*Second:*   the statement was false;

*Third:*    the falsity concerned a material matter;

*Fourth:*   the Defendant acted willfully, knowing that the statement was false; and

*Fifth:*     the false statement was made or used for a matter within the jurisdiction of a department or agency of the United States.

 

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 7-23-19    By: _____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

Date: 7-23-19    By: _____
MICHAEL SALNICK
ATTORNEY FOR THE DEFENDANT

Date: 7-23-19    By: _____
RICHARD CICCARELLA
DEFENDANT