## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-80083-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

RICHARD CICCARELLA,

                Defendant.

_____/

## SENTENCING MEMORANDUM AND REQUEST FOR VARIANCE FROM APPLICABLE ADVISORY SENTENCING GUIDELINE RANGE

The Defendant, Richard Ciccarella, by and through the undersigned counsel hereby offers the following Sentencing Memorandum and Request for Variance from the Applicable Advisory Sentencing Guideline Range.  Sentencing is scheduled for September 27, 2019 at 10:00 a.m. This memorandum is being filed pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

### INTRODUCTION

On July 23, 2019, Richard Ciccarella entered a plea of guilty to one count of an Information charging the offense of Making Materially False, Fictitious and Fraudulent Statement pursuant to 18 U.S.C. §1001(a)(2).  The offense is punishable by a maximum of 5 years.

**Richard Ciccarella has never been in trouble in his entire life.**

### REQUEST FOR VARIANCE FROM THE APPLICABLE ADVISORY GUIDELINE RANGE

### MEMORANDUM OF LAW

In <u>Booker v. United States</u>, 543 U.S. 220 (2005), the position of the Sentencing Reform Act that required sentencing courts to follow the guidelines was changed to an "advisory" regime; the guidelines should still be considered by the Courts, but **do not automatically**

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

**control the ultimate sentencing determination.**   As Justice Bryer observed, this new discretionary regime "requires a sentencing court to consider Guideline ranges, see §3553(a)(Supp. 2004), and <u>U.S. v. Booker</u>, 125 S. Ct. 757. The result was the Supreme Court authorizing sentences to fall outside of the Advisory Guideline range, so long as such sentence was reasonable. "[I]t has been uniform and consistent in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in human failings that sometimes mitigate, sometimes magnify, the crime and punishment to ensue." <u>Koon v. U.S.</u>, 518 U.S. 81, 113 (1996).

A key component of Supreme Court law, designed to ensure that the guidelines are truly advisory and constitutional, is the authority of this Court to disagree with a guideline as a matter of policy.  Because "the Guidelines are now advisory....as a general matter, courts may vary [from Guidelines ranges] based solely on policy considerations, including disagreements with the Guidelines." <u>Kimbrough</u>, 552 U.S. at 101-02 (internal punctuation omitted) (citing <u>Rita v. United States</u>, 551 U.S. 338, 351 (2007) (district courts may find that the "Guidelines sentence itself fails properly to reflect §3553(a) considerations").   As the Supreme Court held in <u>Kimbrough</u>, because "the cocaine Guidelines, like all other Guidelines, are advisory only," it "would not be an abuse of discretion for a district court to conclude when sentencing a particular defendant that the crack powder disparity yields a sentence 'greater than necessary' to achieve §3553(a)'s purposes, even in a min-man case." <u>Kimbrough</u>, 552 U.S. at 91, 109-10.

Congressionally directed guidelines are advisory.  In <u>Vasquez v. United States</u>, 130 S.Ct. 1135 (2010), the Supreme Court remanded for reconsideration in light of then-Solicitor General

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

Kagan's positon **that "all guidelines," including congressionally-directed guidelines, "are advisory, and the very essence of an advisory guideline is that a sentencing court may, subject to appellate review for reasonableness, disagree with the guidelines in imposing sentencing under Section 3553(a)."** U.S. Br. at 11, <u>Vasquez v. United States</u>, No. 09-5370 (Nov. 2009). As the Sixth Circuit has previously recognized, "*all* of the sentencing guidelines are advisory," including those directed by Congress. <u>United States v. Michael</u>, 576 F.3d 323, 327 (6th Cir. 2009) (emphasis in original). Congressional directives "tell the Sentencing Commission, not the courts, what to do," and "a directive that the Commission specify a particular Guidelines range is not a mandate that sentencing courts stay within it. <u>Id.</u> At 328.

**The undersigned, on behalf of the defendant would ask this Court to consider those factors enumerated in pursuant to 18 U.S.C. §3553 in imposing the appropriate sentence in this case.**

## 18 U.S.C. §3553(a)(1): THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

### <u>NATURE AND CIRCUMSTANCES OF THE OFFENSE</u>

The defendant take no issue with the facts and has accepted full responsibility. His actions were way out of his character, contrary to the way he was raised, and not how he has conducted his life. There was a reference in the PSI to alleged sexual abuse which the defense objected to as it is factually untrue. The undersigned discussed with the Assistant United States Attorney handling this case who concurred that there was no evidence of sexual abuse and that the use of that term in the Presentence Investigation Report is not appropriate for this case. The

3

U.S.A. v. Ciccarella, Richard
Case No.:  19-CR-80083-MIDDLEBROOKS

probation officer agreed and changed that in the final version of the Presentence Investigation

Report.  Moreover there was never any court finding of neglect.

## <u>HISTORY AND CHARACTERISTICS OF THE DEFENDANT</u>

Richard Ciccarella's family background is presented in detail in the Presentence

Investigation Report and will not be repeated.  Growing up, his family struggled financially but

he had a good childhood and was raised in a close knit supportive family.  Richard is very close

to his family.[1]

At 19, Richard enlisted in the United States Army where he has remained to this day and

has achieved the rank of Staff Sergeant.  He has served our country in a variety of capacities and

has been recognized at times for his hard work.  As a member of the Military he has had the

following training:

- Basic Combat Training

- Advanced Individual Training

- Basic Leader's Course

- Advance Leader's Course

- Senior Leader's Course

- Joint Network Nodal Operator Course

- Radio Communications Systems

- Combat Life Saver Course

- Unit Armor Course

- Command Language Course – German

---

[1] Richard's mother is ill and cannot travel which is the only reason his parents will not be at his sentencing.

4

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

- Network Plus Boot Camp
- Security Plus Boot Camp
- Juniper Firewall Course
- Radio Operator Course
- Tactical Drivers Course
- Combative Training
- White House Switchboard Operator Training
- White House Console Controller Course
- Vice Presidential Communications Officer Course
- Army Family Team Building Levels 1-3
- Information Security Course
- Office 2007 SharePoint Integration Course
- Telephone Control Officer
- Army Substance Abuse Program / Unit Prevention Leader Course

He has participated in the following duty assignments as a member of the military:

- **January 15, 2004 to March 15, 2004 – Fort Sill, OK**

Completed Basic Combat Training.

- **March 26, 2004 to September 30, 2004**

Completed Advance Individual Training in the job of Network Nodal Switching Operator. This training consisted of job skills for the MOS 25N. Skills include learning to route

5

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

phone calls, install computer systems, configure satellite connections, configure internet settings, and more.

- **October 1, 2004 to September 1, 2007 – Darmstadt, Germany**

  **October 5, 2005 to September 28, 2006 – Bagdad, Iraq (Deployment)**

Assigned here a as a nodal switching specialist. Job includes the skills learned in advance individual training. Attended unit armors course on how to repair weapons. Was responsible for the maintenance of over 100 weapons. Also responsible for the unit's nuclear, chemical, radiological, and biological (NBC) equipment such as the protective gear, and detection equipment. Deployed for the first time to Bagdad, Iraq and was responsible for the upkeep and repairs of the weapon systems and NBC equipment.

- **September 2, 2007 to October 9, 2010 – Mannheim, Germany**

  **July 16, 2009 to July 16, 2010 – Kirkuk, Iraq (Deployment)**

Assigned as the Operations NCOIC responsible for all the administrative paperwork for over 100 soldiers. Attended advance training and became in charge of a network mobile unit capable of setting up networks and phones from anywhere in the world. Deployed a second time to Kirkuk, Iraq where was the NCOIC of the IT Helpdesk for Iraq, responsible for over 5,000 computers, printers and phones.

- **October 10, 2010 to October 10, 2012 – Fort Sam Huston – Texas**

Assigned here as a network specialist. Attended further training in network certifications and traveled to other military bases to assist in computer shops.

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

- **October 11, 2012 to July 31, 2017 – Joint Base Anacostia Boling, D.C.**

Worked for the White House Communications Agency. Initially assigned to White House Switchboard responsible for making and placing calls for the President, Vice President and senior White House Staff.

Traveled with the President and Vice President to setup and maintain communications while traveling.

Selected to be in charge of President's second residence at Mar-A-Lago.

- **August 1, 2017 to March 8, 2018 – West Palm Beach, FL**

Responsible for setup and maintained all of the communications equipment for the President at Mar-a-Lago. Worked with various communication vendors to ensure equipment was installed.

- **March 9, 2018 to Present – Joint Base Myer Henderson Hall, VA**

Current assignment as the Operations NCOIC. Daily Duties included managing 12 soldiers, processing administrative actions for a company that has over 3,000 soldiers attached, and various other duties around the Army Garrison Installation.

The defendant has been recognized for establishing a workplace environment fostering dignity and respect, always receiving high ratings with no negative comments on his evaluations. He has dedicated some of his time in the military to the support of the Non-Commissioned Officer Academy to ensure all veterans a strong voice on Capitol Hill.

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

He has also spent hours mentoring other soldiers to improve their educational scores, has spearheaded a military substance abuse program and has assisted with individual instruction for new soldiers. He also completed over 200 hours of religious education training as well.

He has become a spiritual mentor and very involved in charity work.

Additionally, he has received numerous certificates while a member of the military confirming his training and commitment to the United States Army, which are attached and incorporated by reference hereto. His evaluations have all been positive and the undersigned has attached a number of his evaluation reports to give this court an idea of his level of service and work performance.

Staff Sgt. Ciccarella is most proud of certain commendations he received recognizing his work in the Army. While he is a humble person and not one who would openly share these awards, the undersigned counsel wanted the court to see them in judging the characteristics of Richard Ciccarella. Those are as follows and are attached and incorporated hereto:

- Good Conduct Medal (January 14, 2004 to January 14, 2007)

- Meritorious Unit Commendation (October 6, 2005 to October 5, 2006)

- Army Achievement Medal (July 20, 2005)

- Army Achievement Medal (May 12, 2006)

- Army Achievement Medal (June 14, 2007)

- Army Achievement Medal (June 27, 2007)

- Army Commendation Medal (September 28, 2004 to January 31, 2007)

- Army Commendation Medal (May 26, 2006)

8

U.S.A. v. Ciccarella, Richard
Case No.:  19-CR-80083-MIDDLEBROOKS

- Army Commendation Medal (October 6, 2005 to October 5, 2006)

- Army Commendation Medal (March 9, 2009 to September 20, 2009)

- Army Commendation Medal (July 17, 2009 to July 16, 2010)

- Meritorious Service Medal (November 1, 2010 to September 8, 2012)

- Presidential Service Badge (November 1, 2013)

## **LETTERS OF REFERENCE**

Attached and incorporated are letters from a number of individuals who know and work with Richard Ciccarella.  They are from the following individuals:

- **Chrisensen, Rev. Christopher dated May 27, 2019**

- **Collins, Dr. Neal dated August 3, 2019**

- **Hickman, Peter dated July 22, 2019**

- **Pierce, Cpt. Shawn dated May 31, 2019**

- **Sirotniak, Michael dated May 15, 2019**

- **Torres, Regina dated September 2, 2019**

They all attest to his character and the individual they have known and work with.

Richard Ciccarella has dedicated his life to his career in the armed forces. But for this incident that brings him before the court he has lived a law abiding life.

The defendant has no television or internet.  When not working or attending church services, he is a devout and dedicated reader of the bible.  He also teaches bible study and writes his own study guides.

The defendant has volunteered countless hours to a local soup kitchen and to his church.

9

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

For the past 17 months he has also seen a medical counselor and is currently taking certain medications.   As indicated in the PSI report he just began to experience symptoms of anxiety and depression and for the past year is on medicine management and takes 50 milligrams of trazodone and 150 milligrams of Zoloft daily.  He has given up the use of alcohol due to his religious beliefs.

He is a college graduate, having furthered his education while in the military.

### (2) THE NEED FOR SENTENCE IMPOSED

**(A) To reflect the seriousness of the offense to promote respect for the law and to provide just punishment for the offense.**

No one understands the seriousness of this offense more than Richard Ciccarella.  He has been remorseful and has owned his actions.  In his lifetime, he has never done anything but respect the law.  What happened here was clearly an aberration from an otherwise clean ethical and law abiding life.  Punishment in this case, most respectfully, could be handed out to Richard Ciccarella without the need for incarceration and would be just as meaningful and send the same message.

**(B) To Afford Adequate Deterrence to Criminal Conduct.**

To suggest that Richard Ciccarella has not been deterred or to punish him more severely to encourage deterrence would overlook his military career which has embodied hard work and kindness.  This incident has more than adequately deterred Richard Ciccarella and there is no reason to believe he would ever again engage in any criminal conduct.

10

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

**(C)      To Protect the Public from Further Crimes of the Defendant**

There is nothing within the Pre-Sentence Investigation Report or in Richard Ciccarella's

background to suggest that the public needs to be protected from any further crimes. His history

and characteristics more than demonstrates that. The way he now lives his life demonstrates the

public does not need to be protected.

**(D)      To Provide the Defendant with Needed Educational or Vocational Training**

**Medical Care or Other Correctional Treatment in the Most Effective Manner.**

Richard Ciccarella is a college educated highly trained career military soldier. He has

received educational, vocational and highly specialized training on many levels.

He is in counseling with a psychologist and psychiatrist and is on a regimen of

medications. He has been performing his duties and functioning well above average as a

member of the military. Continued medical and mental health care could be best handled outside

any correctional facility.

### (3) THE KINDS OF SENTENCES AVAILABLE.

### (4) THE KINDS OF SENTENCE AND SENTENCING RANGE ESTABLISHED

In dealing with these two sections together and looking at the advisory guidelines, the

undersigned would submit, most respectfully that those factors consistent with 18 U.S.C. §3553

(1) [Nature and Characteristics] should override the possibility of an incarcerative sentence. The

advisory guidelines in this case provide the court with the support and ability to impose a

sentence without incarceration. In determining an appropriate sentence Richard Ciccarella is

asking the court to not only consider his acceptance of responsibility but also his age, education,

long-time commitment and service to the military employment, health status and consider

11

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

fashioning a sentence which punishes but at the same time recognizes what he has accomplished. As a convicted felon he will most likely suffer separation from the military for which he has dedicated his life to. While the undersigned will make every effort to convince the military that he should not be released, that portion of his punishment is extremely severe.

## (5)  ANY PERTINENT POLICY STATEMENT

The undersigned knows of no policy statement as it concerns the facts upon which this case is based.

## (6)  THE NEED TO AVOID UNWARRANTED SENTENCE DISPARITIES AMONG DEFENDANTS WITH SIMILAR RECORDS WHO HAVE BEEN FOUND GUILTY OF SIMILAR CONDUCT

Because of the court's discretion and the applicable advisory guideline score the undersigned does not foresee any unwarranted sentencing disparity.

## (7) THE NEED TO PROVIDE RESTITUTION TO ANY VICTIMS OF THE OFFENSE

The undersigned knows of no financial loss resulting in restitution to any victims in this case. The defendant pays child support as well as additional monies for the care of his daughter.

## REQUEST FOR SELF-SURRENDER

If the court determines that Richard Ciccarella should receive a sentence involving incarceration, he is requesting the opportunity to self-surrender. Upon Richard Ciccarella's voluntary appearance, when charged he was released on a personal surety bond secured by his parents residence. There is no reason to believe that Richard Ciccarella is in any way a danger or flight risk. Throughout this case, he has been compliant with pre-trial release. In its **Legal Resource Guide, the Federal Bureau of Prisons states:**

12

U.S.A. v. Ciccarella, Richard
Case No.: 19-CR-80083-MIDDLEBROOKS

"The BOP draws a positive inference from the Court's determination that the defendant is sufficiently trustworthy to surrender voluntarily, and in most cases in the nature of self-surrender will be designated to a minimum security facility institution as long as public safety considerations do not warrant the higher security designation. This method results in considerable cost savings to the Government; too few of those ordered to surrender themselves fail to do so."

Richard Ciccarella is an ideal candidate for self-surrender, and if incarceration is ordered, would request a sufficient period of time to self-surrender to his designated facility.

## CONCLUSION

Besides having accepted full responsibility the remorse Richard Ciccarella feels for having become involved in this has been enormous. He has never undermined his acceptance of responsibility or his actions. He has never knowingly engaged in any other criminal activity in his lifetime. He had dedicated his career to the United States Military and has served in a variety of capacities. He is asking this court to look at his history and characteristics and to not judge him solely for the matter for which he is before the court. He will continue to devote his life to the care and concern of others.

13

U.S.A. v. Ciccarella, Richard
Case No.:  19-CR-80083-MIDDLEBROOKS

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by electronic transmission via CM/ECF, to GREG SCHILLER,   Assistant United States Attorney, 500 S. Australian Avenue, Suite 400, West Palm Beach, FL 33401, this ___20th___ day of September, 2019.

Respectfully submitted,

LAW OFFICES OF SALNICK & FUCHS, P.A.
1645 Palm Beach Lakes Boulevard
Suite 1000 (10th Floor)
West Palm Beach, Florida 33401-5014
Telephone: (561) 471-1000
Facsimile:  (561) 659-0793


/s/ Michael Salnick
MICHAEL SALNICK, Fla. Bar #270962

**TRAINING CERTIFICATES**



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

This is to certify that

**SGT RICHARD J. CICCARELLA**

**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**

has successfully completed

**Joint Network Node (JNN) Operator/Maintainer Course**

**400 Hours**

**10 September – 16 November 2007**

Given at ___Mannheim, Germany___

Jay Chapman
LTC, SC
Commanding

DA FORM 87, 1 OCT 78



# CERTIFICATE OF TRAINING

## U.S. ARMY MEDICAL ACTIVITY
## DEPARTMENT – HEIDELBERG
## UNITED STATES ARMY MEDICAL
## COMMAND

This is to certify that

### PFC CICCAELLA, RICHARD
### 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

has successfully completed

### COMBAT LIFESAVER COURSE
### 07 Feb 2005 – 09 Feb 2005
### (40 Hours)

Given At US ARMY MEDDAC, DARMSTADT



JARED R. VOLLER
SPC, USA
Combat Lifesaver Coordinator





DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

This is to certify that

## SPC Ciccarella, Richard

Has successfully completed

Combat Lifesaver Course (40 Hrs) 16-18 JAN 06

Given at: Camp Victory, Baghdad, Iraq

DARREN BARONI
LTC, MC
Chief Medical Officer, 602 ASMC



# DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

## This is to certify that

### PFC CICCORELLA, RICHARD J.

### 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

### 440TH Signal Battalion Driver's Training Course

## has successfully completed

### 40 HOURS

### 10-13 January 2005

Given at Cambrai Fritsch Kaserne
440th SIGNAL BATTALION
DARMSTADT, GERMANY



EDWIN M. DROSE JR
LTC, SC
COMMANDING

# DEPARTMENT OF THE ARMY



# CERTIFICATE OF TRAINING

This is to certify that

## Richard Jospeh Ciccarella

has successfully completed

## Information Assurance Security Course (IASC) (40 Hours)

Friday, August 01, 2008

Mannheim Training Center
Army In Europe ITT Program

MICHAEL J. FLYNN
COL, Signal Corps
Deputy G6



# DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

This is to certify that

## Richard Jospeh Cicarella

has successfully completed

### DOD IA Certification 8570.1(Network+) (40 Hours)

Friday, July 18, 2008

MICHAEL J. FLYNN
COL, Signal Corps
Deputy G6

Mannheim Training Center
Army In Europe ITT Program



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

### This is to certify that

**PFC Richard J. Ciccarella**

### has successfully completed

**Small Arms Maintenance For Unit Armorers Course**

**Class # 011**

**25-Apr-05 thru 06-May-05 (80 Hours)**

Given at _Vilseck, Germany_

**KARL O. SCHWARTZ**
**LTC, AR**
**Chief, CATC**



# DEPARTMENT OF THE ARMY
# CERTIFICATE OF TRAINING

## THIS IS TO CERTIFY THAT

### SSG CICCARELLA, RICHARD

## HAS SUCCESSFULLY COMPLETED

Army Substance Abuse Program
Unit Prevention Leader Course
13-15 December 2010
(24 Hours)

TEANA MARTIN, GS-11, ADCO

EN AT   JOINT BASE SAN ANTONIO
EXPIRES:  15 June 2012

DRM 87, 1 OCT 78

**EVALUATIONS**

# NCO EVALUATION REPORT

For use of this form, see AR 623-3 ; the proponent agency is DCS, G-1.

SEE PRIVACY ACT STATEMENT
IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | | | | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|---|---|---|
| CICCARELLA, RICHARD J. | | | | | SSG ( ) | 20081101 | 25N30 |

| f.1. UNIT | ORG. | STATION | ZIP CODE OR APO, | MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|---|---|---|
| HHC, 106th SIGNAL BRIGADE, FORT SAM HOUSTON, TX 78234 NETCOM | | | | | 03 | Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | | | | | | | |
| YEAR MONTH DAY | YEAR MONTH DAY | 12 | | | richard.j.ciccarella@us.army.mil | WCDUAA | G6 | FS07 |
| 20110921 | 20120907 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| OLIVO, GREGORY JR. | | OLIVO.GREGORY.JR.11263352✔ | 20120829 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| CW2 | 254A | HHC, 106th SIGNAL BRIGADE | NTW MGMT TECH | gregory.olivo@us.army.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| DEWS, BEVERLY | | DEWS.BEVERLY.A.12244993✔ | 20120906 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| GS-13 | DAC | HHC, 106th SIGNAL BRIGADE | CHIEF LWN DIV | beverly.dews@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial ) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| BEAN, MATTHEW J. | | BEAN.MATTHEW.J.10065167✔ | 20120906 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| GS14 | DAC | HHC, 106th SIGNAL BRIGADE | Deputy S-3 | matthew.j.bean@us.army.mil |

| d. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|

| e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3. | SIGNATURE | DATE(YYYYMMDD) |
|---|---|---|
| | CICCARELLA.RICHARD.JOSEPH.1270722✔ | 20120906 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| NET MANAGEMENT SYSTEMS OPERATIONS MAINTAINER | 25N30 |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)

Served as a Network Management System Operator-Maintainer for a Strategic Signal Brigade that commands, controls, and defends the western region of the LandWarNet (LWN) in CONUS and supports operating and generating forces engaged in full spectrum operations enhancing battle command through the transparent delivery of LWN capabilities; provided technical advice to commanders and assisted subordinate units in developing and ensuring compliance with policy and procedures for all types of automation and network operational environments; determined capabilities and implemented network control center generated changes to support operational requirements.

d. AREAS of SPECIAL EMPHASIS
Department of Defense (DoD) Enterprise Email Migration.

e. APPOINTED DUTIES
Unit Prevention Leader; Boss Representative; Army Emergency Relief Officer; Information Assurance Technical Level II (IAT level II)

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20110930 | 20111221 | 20120315 | 20120613 |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". (Bullet comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| | | YES | NO |
|---|---|---|---|
| | 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other Soldiers. | ☒ | |
| | 2. DUTY: Fulfills their obligations. | ☒ | |
| | 3. RESPECT/EO/EEO: Treats people as they should be treated. | ☒ | |
| | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | ☒ | |
| | 5. HONOR: Lives up to all the Army values. | ☒ | |
| | 6. INTEGRITY: Does what is right - legally and morally. | ☒ | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | ☒ | |

V A L U E S
Loyalty
Duty
Respect
Selfless-Service
Honor
Integrity
Personal Courage

Bullet comments
o exceptional team player and totally dedicated to the unit's mission

o exhibited the highest standards of loyalty and moral courage

o driven to succeed by self-motivation and a strong sense of purpose

| DA FORM 2166-8, OCT 2011 | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 APD PE v1.01ES |
|---|---|---|

| RATED NCO'S NAME (Last, First, Middle Initial) | | RANK | THRU DATE |
|---|---|---|---|
| CICCARELLA, RICHARD J. | | | 20120907 |

| | Bullet comments are mandatory.<br>Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT." |
|---|---|

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

o extremely technically proficient NCO; migrated over 43,000 users from legacy E-mail to Enterprise E-mail while serving as a member of the LWN migration team

o completed 20 credit hours towards his Bachelor's degree in Information Technology; maintained a 3.9 GPA

o selected over multiple peers to be part of the prestigious White House Communications Agency; top notch NCO

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| ☒ | | |

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a Soldier

| APFT | PASS | 20120203 | HEIGHT/WEIGHT | 65 / 120 | YES |
|---|---|---|---|---|---|

o volunteered numerous times to conduct the physical fitness program for the local Army National Guard unit for their upcoming deployment to Iraq

o absolutely fit; set the example for physical fitness and mental toughness; exhibited the endurance and tenacity to accomplish any task

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| | ☒ | |

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

o highly commended by NETCOM personnel during three separate site assist requests for post EE migration efforts; migrated over 450 users without incident

o always concerned about Soldiers and their families; volunteered and led the family readiness group for the 449th aviation support division in support of deployment

o set the standards as a highly disciplined and proficient NCO; contributed to the Command's positive reputation, commended throughout 106th Signal Brigade AOR

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| ☒ | | |

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching Soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

o eagerly shared his knowledge of Enterprise E-mail migration with over 15 seniors, peers, and Civilians, enabled the section to provide continuous operations

o completed 48 hours of continuing education for several IT certifications

o completed assignments to the fullest while staying focused to make sound and thoughtful decisions

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| ☒ | | |

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

o extremely technically proficient NCO; assisted and planned for the Army's first ever Brigade Migration Command Center that set the standard for all of DOD to follow

o established and supervised the Brigades UPL program; obtained 120% of the required collections; a first for the unit

o accountable for reporting and scheduling over 160,000 Enterprise Email users for over 35 different locations during the DISA Enterprise Email migration period

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) (Much) |
|---|---|---|
| ☒ | | |

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| ☒ | ☐ | ☐ |

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Platoon Sergeant

Network Control Chief

Senior Signal Operations NCO

**e. SENIOR RATER BULLET COMMENTS**

o promote now

o unlimited potential; capable of serving with distinction in the most demanding and critical assignments

o extremely versatile leader; adapts leadership style to changing personnel and situations

o outstanding performer; demonstrated a selfless commitment to mission accomplishment

| c. SENIOR RATER. Overall performance | | | ☒ | | | | d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility. | | | ☒ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | | 1 | 2 | 3 | 4 | 5 | |
| | | | Successful | Fair | Poor | | | | | Superior | Fair | Poor | |

**DA FORM 2166-8, OCT 2011**

**NCO EVALUATION REPORT**

For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

SEE PRIVACY ACT STATEMENT IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| CICCARELLA, RICHARD J. | | SFC ( ) | 20130201 | 25W4OJ7 |

| f.1. UNIT | ORG. | STATION | ZIP CODE OR APO, | MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|---|---|---|
| White House Communications Agency, Washington DC 20373-5815 (DoD) | | | | | 02 | Annual |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 12 | | | richard.j.ciccarella@us.army.mil | W068AA | JA | WH02 |
| YEAR MONTH DAY | YEAR MONTH DAY | | | | | | | |
| 20120908 | 20130907 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| CARRETHERS, JOSEPH E. | | CARRETHERS.JOSEPH.EDWARD.1023519... | 20130918 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| MSG | 94Z58 | White House Comm Agency | WSO, NCOIC | joseph.e.carrethers@us.army.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| COHEN, RONALD H. | | COHEN.RONALD.HERMAN.1067456... | 20130918 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| LTC | SC | White House Comm Agency | WSO, OIC | ronald.h.cohen@us.army.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| RICE, MASON J. | | RICE.MASON.JAMES.10404980... | 20131017 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| LTC | SC | White House Comm Agency | WACC, Commander | mason.rice@us.army.mil |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS   [ ] NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

| e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3. | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
| | CICCARELLA.RICHARD.JOSEPH.1270722... | 20131024 |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Switching Systems Technician | 25W4OJ7 |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)

Serves as a Switching Systems Operator for the White House Communication Agency; responsible for non-secure telephone, radio, conferencing and notification systems in direct support of the President of the United States (POTUS), Vice President of the United States (VPOTUS), White House Staff, and the United States Secret Service; implements emergency procedures to ensure command and control communication for the Commander-in-Chief; responsible for the health and welfare of 6 Soldiers; oversees the accountability, serviceability, and operation of equipment valued in excess of $560,000.

d. AREAS OF SPECIAL EMPHASIS

Qualified as Console Controller; Special Assistance Operator (SAO) qualification; J7 Additional Skill Identifier Training

e. APPOINTED DUTIES

Special Assistance Operator

| f. COUNSELING DATES | INITIAL | LATER | LATER | LATER |
|---|---|---|---|---|
| | 20120925 | 20121205 | 20130307 | 20130620 |

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| | YES | NO |
|---|---|---|
| 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other Soldiers. | X | |
| 2. DUTY: Fulfills their obligations. | X | |
| 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| 5. HONOR: Lives up to all the Army values. | X | |
| 6. INTEGRITY: Does what is right - legally and morally. | X | |
| 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | X | |

V A L U E S

Loyalty
Duty
Respect
Selfless-Service
Honor
Integrity
Personal Courage

Bullet comments

o unquestioned integrity and exemplary personal conduct both on and off duty

o unselfishly devoted an extraordinary amount of time to increasing the functionality of the unit area

o totally dedicated to unit, mission, and Soldiers; a credit to the NCO Corps

**DA FORM 2166-8, OCT 2011**   PREVIOUS EDITIONS ARE OBSOLETE.

| RATED NCO'S NAME (Last, First, Middle Initial) | | SSN | THRU DATE |
|---|---|---|---|
| CICCARELLA, RICHARD J. | | | 20130907 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**  *Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

**b. COMPETENCE**
o Duty proficiency; MOS competency
o Technical & tactical; knowledge, skills, and abilities
o Sound judgment
o Seeking self-improvement; always learning
o Accomplishing tasks to the fullest capacity; committed to excellence

o processed more than 250 routine calls including 5 calls for President Obama, Vice President Biden, and the First Lady without issue

o pursued advancement in the Agency by preparing for SAO certification; qualified with 90% on 3 written exams and 1 oral board

o completed 8 semester hours towards a Bachelor of Science Degree in Network Communications Management; maintained a 3.2 GPA despite tough work schedule

**EXCELLENCE** (Exceeds std) [X]   **SUCCESS** (Meets std) [ ]   **NEEDS IMPROVEMENT** (Some) [ ] (Much) [ ]

| APFT | PASS | 20130419 | HEIGHT/WEIGHT | 55 / 120 | YES |
|---|---|---|---|---|---|

**c. PHYSICAL FITNESS & MILITARY BEARING**
o Mental and physical toughness
o Endurance and stamina to go the distance
o Displaying confidence and enthusiasm; looks like a Soldier

o displayed physical toughness by completing two half marathons; his encouragement resulted in three subordinates doing the same

o dedicated himself to a regularly scheduled fitness regimen despite working in a 24 hour work center where the majority of physical fitness is done independently

**EXCELLENCE** (Exceeds std) [X]   **SUCCESS** (Meets std) [ ]   **NEEDS IMPROVEMENT** (Some) [ ] (Much) [ ]

**d. LEADERSHIP**
o Mission first
o Genuine concern for Soldiers
o Instilling the spirit to achieve and win
o Setting the example; Be, Know, Do

o reorganized the switchboard's operational documentation database; his efforts resulted in a 50% increase in efficiency to recall essential mission data

o mentored 2 Soldiers to qualify as Special Assistance Operators; his leadership and dedication increased the operational readiness rate of the section by 25%

o provided exemplary service to the White House and Situation Room staffs; dedicated to providing the customer service and satisfaction

**EXCELLENCE** (Exceeds std) [X]   **SUCCESS** (Meets std) [ ]   **NEEDS IMPROVEMENT** (Some) [ ] (Much) [ ]

**e. TRAINING**
o Individual and team
o Mission focused; performance oriented
o Teaching Soldiers how; common tasks, duty-related skills
o Sharing knowledge and experience to fight, survive and win

o provided one on one instruction to seven new Soldiers on WHCA Console Control Operations; all Soldiers awarded ASI J7 upon graduation

o trained personnel on the operation of the Digital Conferencing Switching System; enhanced the readiness to perform Emergency Actions for continuity of government

o worked diligently to learn all aspects of his job; extremely quick learner who continually sought out knowledge from his peers

**EXCELLENCE** (Exceeds std) [X]   **SUCCESS** (Meets std) [ ]   **NEEDS IMPROVEMENT** (Some) [ ] (Much) [ ]

**f. RESPONSIBILITY & ACCOUNTABILITY**
o Care and maintenance of equipment/facilities
o Soldier and equipment safety
o Conservation of supplies and funds
o Encouraging Soldiers to learn and grow
o Responsible for good, bad, right & wrong

o maintained 100% accountability of 31 COMSEC line items and several highly classified documents daily

o operated and maintained seven systems with multiple levels of classification in an access controlled facility without spillage or compromise

o enforced safety compliance for all mission tasks; resulted in zero accidents or Soldier injuries

**EXCELLENCE** (Exceeds std) [ ]   **SUCCESS** (Meets std) [X]   **NEEDS IMPROVEMENT** (Some) [ ] (Much) [ ]

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST [X]   FULLY CAPABLE [ ]   MARGINAL [ ]

**e. SENIOR RATER BULLET COMMENTS**
o promote to Master Sergeant now; send to Battle Staff Course

o superb knowledge of communications technologies and theories; prime candidate for the toughest Senior Network OPS NCOIC position or Battalion S3 NCOIC

o exceptional performance as a Presidential Switchboard Operator; displayed confidence and competence with Senior National Leadership

o NCO's potential is limitless; continue to groom this Non-Commissioned Officer for positions of greater responsibility

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

First Sergeant

Battalion S3 NCOIC

Network OPS NCOIC

| c. SENIOR RATER. Overall performance | [X] | [ ] | [ ] | [ ] | [ ] | d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility. | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 Successful | 2 | 3 | 4 Fair | 5 Poor | | 1 Superior | 2 | 3 | 4 Fair | 5 Poor |

**DA FORM 2166-8, OCT 2011**

07622022

# NCO EVALUATION REPORT

For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

SEE PRIVACY ACT STATEMENT
IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|---|
| CICCARELLA, RICHARD J. | | | SFC ( ) | 20130201 | 25W4OJ7 |

| f.1. UNIT | ORG. | STATION | ZIP CODE OR APO, | MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|---|---|---|
| White House Communications Agency, Washington DC 20373-5815 (DoD) | | | | | 02 | 02 Annual |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 12 | | | richard.j.ciccarella.mil@mail.mil | W068AA | JA | WH02 |
| YEAR MONTH DAY 20130908 | YEAR MONTH DAY 20140907 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | | SSN | SIGNATURE CARRETHERS.JOSEPH.EDWARD.1029519 ✓ | DATE (YYYYMMDD) 20140918 |
|---|---|---|---|---|
| CARRETHERS, JOSEPH E. | | | | |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| MSG | 94Z58 | White House Communications Agency | WSO, NCOIC | joseph.e.carrethers.mil@mail.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | | SSN | SIGNATURE PEASE.GEOFFREY.BRAMAN.1012786 ✓ | DATE (YYYYMMDD) 20140918 |
|---|---|---|---|---|
| PEASE, GEOFFREY B. | | | | |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| LTC | SC | White House Communications Agency | Chief, J3 COD | geoffrey.b.pease.mil@mail.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial ) | | SSN | SIGNATURE GONSALVES.HAROLD.RICHARD.JR.100844 ✓ | DATE (YYYYMMDD) 20140919 |
|---|---|---|---|---|
| GONSALVES, HAROLD R. | | | | |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS (.gov. or .mil) |
|---|---|---|---|---|
| GS-15 | CIV | White House Communications Agency | Deputy Dir, J3 | harold.gonsalves@whmo.mil |

| d. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS | ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments) |
|---|---|

| e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater. I further understand my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3. | SIGNATURE CICCARELLA.RICHARD.JOSEPH.1270722 ✓ | DATE (YYYYMMDD) 20141001 |
|---|---|---|
| | (Rater) | |

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Switching Systems Technician | 25W4OJ7 |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)

Serves as a Switching Systems Operator for the White House Communication Agency; responsible for non-secure telephone, radio, conferencing and notification systems in direct support of the President of the United States (POTUS), Vice President of the United States (VPOTUS), White House Staff, and the United States Secret Service; implements emergency procedures to ensure command and control communication for the Commander-in-Chief; responsible for the health and welfare of five NCOs and two Soldiers; oversees the accountability, serviceability, and operation of equipment valued in excess of $560,000.

d. AREAS OF SPECIAL EMPHASIS

Shift Supervisor qualification; Vice Presidential Communications Officer (VPCO) qualification; Secure Voice Operator (SVO) qualification; Load Officer; Presidential In-Town Events.

e. APPOINTED DUTIES

Special Assistance Operator (SAO); Shift Supervisor; Secure Voice Operator; Assistant Presidential Communications Officer (APCO); Vice Presidential Communications Officer (VPCO); Safety Officer

| f. COUNSELING DATES | INITIAL 20131004 | LATER 20140109 | LATER 20140417 | LATER 20140724 |
|---|---|---|---|---|

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

| a. ARMY VALUES. Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.) | | YES | NO |
|---|---|---|---|
| | 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other Soldiers. | ☒ | |
| | 2. DUTY: Fulfills their obligations. | ☒ | |
| | 3. RESPECT/EO/EEO: Treats people as they should be treated. | ☒ | |
| | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | ☒ | |
| | 5. HONOR: Lives up to all the Army values. | ☒ | |
| | 6. INTEGRITY: Does what is right - legally and morally. | ☒ | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | ☒ | |

V A L U E S

Loyalty
Duty
Respect
Selfless-Service

Honor
Integrity
Personal Courage

Bullet comments

o displayed a high degree of integrity; demands the same from others

o dedicated to the unit, mission and Soldiers; a true credit to the NCO Corps

o results-oriented performer who accomplished all missions in a professional and efficient manner

| DA FORM 2166-8, OCT 2011 | PREVIOUS EDITIONS ARE OBSOLETE. | Page 1 of 2 APD PE v1.01ES |
|---|---|---|

| RATED NCO'S NAME (Last, First, Middle Initial) | SSN | THRU DATE |
|---|---|---|
| CICCARELLA, RICHARD J. | | 20140907 |

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES**  *Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| X | | | |

o sought improvement when he trained and qualified as SAO, SVO, Shift Supervisor and VPCO; achieved a first for an Operator and increased readiness by 13%

o served as APCO for two events; installed and tested secure and non-secure telephone systems for President Obama without issue, a task normally reserved for an officer

o processed over 8,000 calls including 10 calls for the President with absolute professionalism; commended by Military Aide to the President for excellence

**c. PHYSICAL FITNESS & MILITARY BEARING**
- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a Soldier

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| | X | | |

| APFT | PASS | 20140423 | HEIGHT/WEIGHT | 65 / 123 | YES |
|---|---|---|---|---|---|

o displayed physical toughness by completing one marathon and a half marathon; motivated two Soldiers to compete in similar events

o developed a rigorous physical fitness plan within section to improve Soldiers score by 10 points; mentored one NCO to conduct Special Population Physical Training

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| | X | | |

o mentored Soldier to brief the Senior Enlisted Advisor to the Chairman of the Joint Chiefs of Staff on Switchboard operations, which resulted in a Coin of Excellence

o instilled esprit de corps among 30 Soldiers; organized and supervised team building activities which increased morale and contributed to no off duty disciplinary issues

o fostered an environment of fair treatment, awareness and resiliency in the unit by fully supporting and participating in the Army SHARP, EO and MRT programs

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching Soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| | X | | |

o updated over 300 pages of an SOP for 3 different White House Switchboards; ensured Presidential calls were processed to standard and efficiently

o trained 4 new Soldiers to achieve an average of 98% during the WHCA Console Control Operations course, all Soldiers awarded ASI J7 upon graduation

o briefed two VIP tours on Switchboard operations; enlightened the Presidential Community of Interest key leaders with his vast knowledge of systems and protocol

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

| EXCELLENCE (Exceeds std) | SUCCESS (Meets std) | NEEDS IMPROVEMENT (Some) | (Much) |
|---|---|---|---|
| X | | | |

o implemented an automated process to update President Obama's point of contact numbers, this process reduced errors to zero and saved over $1000 in supplies anually

o encouraged peers and subordinates to continue formal education; mentored 3 Soldiers complete a total of 85 credit hours with an average GPA of 3.8

o supervised the safe conduct of Shift change operations during the most inclement weather in National Capitol Region's history, with 100% accountability and no injury

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| X | | |

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

First Sergeant

Recruiter

Network OPS NCOIC

**e. SENIOR RATER BULLET COMMENTS**
o promote to Master Sergeant immediately

o send to the Recruiting and Retention School and assign as a Recruiter now

o has the potential to excel in any duty position requiring no supervision; ready to lead a company as a First Sergeant

o this NCO's performance garanteed results with a reputation for excellence in a highly visible, mission critical role that supports national leadership

| c. SENIOR RATER. Overall performance | 1 | 2 X | 3 Successful | 4 Fair | 5 Poor | d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility. | 1 | 2 X | 3 Superior | 4 Fair | 5 Poor |
|---|---|---|---|---|---|---|---|---|---|---|---|

DA FORM 2166-8, OCT 2011

# NCO EVALUATION REPORT
For use of this form, see AR 623-3; the proponent agency is DCS, G-1.

## PART I - ADMINISTRATIVE DATA

| a. NAME *(Last, First, Middle Initial)* | | b. SSN | | c. RANK | | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|---|---|---|
| CICCARELLA, RICHARD J. | | | | SFC ( ) | | 20130201 | 25W4OJ7 |

| f.1. UNIT | ORG. | STATION | ZIP CODE OR APO, | MAJOR COMMAND | f.2. STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|---|---|---|
| White House Communications Agency, Washington DC 20373-5815 (DoD) | | | | | 03 | Change of Rater |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS *(.gov or .mil)* | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 5 | | | richard.j.ciccarella.mil@mail.mil | W068AA | JA | WH02 |
| YEAR MONTH DAY 20140908 | YEAR MONTH DAY 20150201 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER *(Last, First, Middle Initial)* | SSN | SIGNATURE | DATE *(YYYYMMDD)* |
|---|---|---|---|
| CARRETHERS, JOSEPH E. | | CARRETHERS.JOSEPH.EDWARD.1023513141 | 20150223 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S AKO EMAIL ADDRESS *(.gov or .mil)* |
|---|---|---|---|---|
| MSG | 94Z58 | White House Communications Agency | WSO, NCOIC | joseph.e.carrethers.mil@mail.mil |

| b. NAME OF SENIOR RATER *(Last, First, Middle Initial)* | SSN | SIGNATURE | DATE *(YYYYMMDD)* |
|---|---|---|---|
| PEASE, GEOFFREY B. | | PEASE.GEOFFREY.BRAMAN.1072786769 | 20150223 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S AKO EMAIL ADDRESS *(.gov or .mil)* |
|---|---|---|---|---|
| LTC | SC | White House Communications Agency | Chief, J3 COD | geoffrey.b.pease.mil@mail.mil |

| c. NAME OF REVIEWER *(Last, First, Middle Initial)* | SSN | SIGNATURE | DATE *(YYYYMMDD)* |
|---|---|---|---|
| GONSALVES, HAROLD R. | | GONSALVES.HAROLD.RICHARD.JR.1008441627 | 20150224 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S AKO EMAIL ADDRESS *(.gov or .mil)* |
|---|---|---|---|---|
| CIV | GS-15 | White House Communications Agency | Deputy Director, J3 | harold.gonsalves@whmo.mil |

d. [X] CONCUR WITH RATER AND SENIOR RATER EVALUATIONS    NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL *(See attached comments)*

e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of the rater and senior rater.  I further understand that my signature verifies that the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct.  I have seen the completed report.  I am aware of the appeals process of AR 623-3.

| SIGNATURE | DATE *(YYYYMMDD)* |
|---|---|
| CICCARELLA.RICHARD.JOSEPH.1270722934 | 20150224 |

*(Rater)*

## PART III - DUTY DESCRIPTION *(Rater)*

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Switching Systems Technician | 25W4O |

c. DAILY DUTIES AND SCOPE *(To include, as appropriate, people, equipment, facilities and dollars)*

Serves as a Switching Systems Technician for the White House Communication Agency; responsible for non-secure telephone, radio, conferencing and notification systems in direct support of the President of the United States (POTUS), Vice President of the United States (VPOTUS), White House staff, and the United States Secret Service; implements emergency procedures to ensure command and control communication for the Commander-in-Chief; responsible for the health and welfare of four NCOs and one Soldier; oversees the accountability, serviceability, and operation of equipment valued in excess of $560,000.

d. AREAS OF SPECIAL EMPHASIS

Presidential Call Processing; Florida's Gubernatorial Election Support; Shift Scheduling; Travel Affiliate Program Qualification; Continuity of Operations (COOP) Staffing.

e. APPOINTED DUTIES

Shift Supervisor; Assistant Presidential Communications Officer; Vice Presidential Communications Officer (VPCO)

| f. COUNSELING DATES | INITIAL 20140910 | LATER 20141208 | LATER | LATER |
|---|---|---|---|---|

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS *(Rater)*

a. ARMY VALUES.  Check either "YES" or "NO".  *(Bullet Comments are mandatory.  Substantive bullet comments are required for "NO" entries.)*

| | | YES | NO |
|---|---|---|---|
| | 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other Soldiers. | X | |
| Loyalty | 2. DUTY: Fulfills their obligations. | X | |
| Duty | 3. RESPECT/EO/EEO: Treats people as they should be treated. | X | |
| Respect | 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | X | |
| Selfless-Service | 5. HONOR: Lives up to all the Army values. | X | |
| | 6. INTEGRITY: Does what is right - legally and morally. | X | |
| | 7. PERSONAL COURAGE: Faces fear, danger, or adversity *(physical and moral).* | X | |

**V A L U E S**

Honor
Integrity
Personal Courage

Bullet comments

o displays the highest standards of loyalty, integrity, and personal behavior

o demonstrates competence and commitment to excel; follows through with task until complete

o dedicated NCO who exhibits unwavering commitment to successful mission execution

DA FORM 2166-8, OCT 2011          PREVIOUS EDITIONS ARE OBSOLETE.

| RATED NCO'S NAME *(Last, First, Middle Initial)* | SSN | THRU DATE |
|---|---|---|
| CICCARELLA, RICHARD J. | | 20150201 |

*Bullet comments are mandatory.*
*Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."*

## PART IV (Rater) - VALUES/NCO RESPONSIBILITIES

**b. COMPETENCE**
- o Duty proficiency; MOS competency
- o Technical & tactical; knowledge, skills, and abilities
- o Sound judgment
- o Seeking self-improvement; always learning
- o Accomplishing tasks to the fullest capacity; committed to excellence

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| X | | |

o supervised connection of over 8,000 calls and processed 4 calls for POTUS, VPOTUS, First Lady, and White House senior staff competently and efficiently

o provided outstanding support on one CONUS mission as Assistant Vice Presidential Communications Officer in support of Florida's gubernatorial election

o completed 15 semester hours towards a Bachelor's of Science Degree in Network Communications Management at DeVry University with a 3.6 GPA

**c. PHYSICAL FITNESS & MILITARY BEARING**

| APFT | PASS | 20141031 | HEIGHT/WEIGHT | 69 / 161 | YES |
|---|---|---|---|---|---|

- o Mental and physical toughness
- o Endurance and stamina to go the distance
- o Displaying confidence and enthusiasm; looks like a Soldier

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| | X | |

o dedicated himself to a regularly scheduled fitness regimen despite working in a 24 hour work center where the majority of physical fitness is done independently

o remained focused and poised to handle all situations affecting the switchboard no matter how difficult or stressful due to his mental toughness

**d. LEADERSHIP**
- o Mission first
- o Genuine concern for Soldiers
- o Instilling the spirit to achieve and win
- o Setting the example; Be, Know, Do

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| X | | |

o managed the shift schedule of 20 Soldiers on 5 shifts where he resolved conflicts with leave, NCOES, and travel support while fully supporting his primary mission

o volunteered 85 hours to local community centers and encouraged his Soldiers to do the same resulting in over 200 hours contributed by 4 Soldiers

o supported the Army SHARP and Equal Opportunity programs; established a workplace and overall climate that fostered dignity and respect for all Soldiers

**e. TRAINING**
- o Individual and team
- o Mission focused; performance oriented
- o Teaching Soldiers how; common tasks, duty-related skills
- o Sharing knowledge and experience to fight, survive and win

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| X | | |

o ensured four Soldiers qualified in a travel affiliate program to support additional duties, which increased the operational readiness of the program ahead of the election

o tested 15 lines in the Oval Office and 6 lines in the Vice President's office daily to ensure national leadership had instantaneous communication without fail

o instructed one newly assigned Soldier on Console Control Operations; resulted in the Soldier earning a J7 Additional Skill Identifier, an award unique to the agency

**f. RESPONSIBILITY & ACCOUNTABILITY**
- o Care and maintenance of equipment/facilities
- o Soldier and equipment safety
- o Conservation of supplies and funds
- o Encouraging Soldiers to learn and grow
- o Responsible for good, bad, right & wrong

| EXCELLENCE *(Exceeds std)* | SUCCESS *(Meets std)* | NEEDS IMPROVEMENT *(Some)* *(Much)* |
|---|---|---|
| X | | |

o encouraged entire section to enroll in college to continue formal education and increase promotion potential, resulted in 32 semester hours completed this term

o performed preventive maintenance and staffed a COOP switchboard which ensured essential functions would resume in the event of national emergency

o enforced strict devotion to safety procedures and guidelines resulting in zero accidents or injuries

## PART V - OVERALL PERFORMANCE AND POTENTIAL

**a. RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| AMONG THE BEST | FULLY CAPABLE | MARGINAL |
|---|---|---|
| X | | |

**e. SENIOR RATER BULLET COMMENTS**

o promote to Master Sergeant now; send to the Equal Opportunity Advisor course

o demonstrates the potential to lead a company size element based on his ability to mentor subordinates and keen organizational skills; assign as a First Sergeant

o performs duties as a quiet professional while aggressively seeking self-improvement to serve in positions of greater responsibility

o displays attributes of a strong advocate for the equality of Soldiers; select as an Equal Opportunity Advisor to assist in eliminating discriminatory practices

**b. RATER.** List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

First Sergeant

AIT Platoon Sergeant

Equal Opportunity Advisor

**c. SENIOR RATER.** Overall performance

| | 1 | 2 | 3 Successful | 4 Fair | 5 Poor |
|---|---|---|---|---|---|
| X | | | | | |

**d. SENIOR RATER.** Overall potential for promotion and/or service in positions of greater responsibility.

| | 1 | 2 | 3 Superior | 4 Fair | 5 Poor |
|---|---|---|---|---|---|
| X | | | | | |

**DA FORM 2166-8, OCT 2011**

# NCO EVALUATION REPORT
For use of this form, see AR 623-3 ; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO) SEE PRIVACY ACT STATEMENT IN AR 623-3.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. PMOSC |
|---|---|---|---|---|
| CICCARELLA, RICHARD J. | | SFC ( ) | 20130201 | 25W4OJ7 |

| f.1 UNIT | ORG. | STATION | ZIP CODE OR APO. | MAJOR COMMAND | f.2 STATUS CODE | g. REASON FOR SUBMISSION |
|---|---|---|---|---|---|---|
| White House Communications Agency, Washington DC 20373-5815 (DoD) | | | | | | 19 / AHRC Directed |

| h. PERIOD COVERED | | i. RATED MONTHS | j. NON-RATED CODES | k. NO. OF ENCL | l. RATED NCO'S EMAIL ADDRESS (.gov or .mil) | m. UIC | n. CMD CODE | o. PSB CODE |
|---|---|---|---|---|---|---|---|---|
| FROM | THRU | 10 | | | richard.j.ciccarella.mil@mail.mil | W068AA | JA | WH02 |
| YEAR/MONTH/DAY 20150202 | YEAR/MONTH/DAY 20151231 | | | | | | | |

## PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| FERNANDEZ, CHRIS M. | | FERNANDEZ.CHRIS.MICHAEL.11339 89519 | 20160119 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | RATER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| MSG | 25U5O2B | White House Comm Agency | WSO, NCOIC | chris.fernandez.mil@mail.mil |

| b. NAME OF SENIOR RATER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| PEASE, GEOFFREY B. | D | PEASE.GEOFFREY.BRAHAM.1072786 569 | 20160119 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | SENIOR RATER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| LTC | SC | White House Comm Agency | Chief, J3 COD | geoffrey.b.pease.mil@mail.mil |

| c. NAME OF REVIEWER (Last, First, Middle Initial) | SSN | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|---|
| GONSALVES, HAROLD R. | | GONSALVES.HAROLD.RICHARD.JR. 1003441927 | 20160126 |

| RANK | PMOSC/BRANCH | ORGANIZATION | DUTY ASSIGNMENT | REVIEWER'S EMAIL ADDRESS (.gov or .mil) |
|---|---|---|---|---|
| GS-15 | CIV | White House Comm Agency | Deputy Director, J3 | harold.gonsalves@whmo.mil |

d. ☒ CONCUR WITH RATER AND SENIOR RATER EVALUATIONS ☐ NONCONCUR WITH RATER AND/OR SENIOR RATER EVAL (See attached comments)

| e. RATED NCO: I understand my signature does not constitute agreement or disagreement with the evaluations of this rater and senior rater. I further understand the administrative data in Part I, the rating officials in Part II, the duty description to include the counseling dates in Part III, and the APFT and height/weight entries in Part IVc are correct. I have seen the completed report. I am aware of the appeals process of AR 623-3. | SIGNATURE CICCARELLA.RICHARD.JOSEPH.1259358 954 | DATE (YYYYMMDD) 20160127 |
|---|---|---|

## PART III - DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE | b. DUTY MOSC |
|---|---|
| Section Chief | 25W4OJ7 |

c. DAILY DUTIES AND SCOPE (To include, as appropriate, people, equipment, facilities and dollars)
Served as a Switch Board Shift Supervisor for the White House Communications Agency (WHCA) responsible for integrating secure and non-secure telephone, radio, conferencing and notification systems in direct support to the President of the United States (POTUS), Vice President of the United States (VPOTUS), First Lady of the United States (FLOTUS), White House Staff, and the United States Secret Service; responsible for six personnel as Section Chief in this nominative/selectively manned Joint Service Agency; implements emergency procedures to ensure Command and Control communications for the Commander-in-Chief; accountable for all equipment worth $560,000.

d. AREAS OF SPECIAL EMPHASIS
Presidential call processing; Bachelor's Degree; Travel Affiliate Program; German Armed Forces Proficiency Badge (GAFPB); Safety and Safe Inspections.

e. APPOINTED DUTIES
Shift Supervisor; Vice Presidential Communications Officer (VPCO); Signal Training NCO

| f. COUNSELING DATES | INITIAL 20150227 | LATER 20150528 | LATER 20150828 | LATER 20151127 |
|---|---|---|---|---|

## PART IV - ARMY VALUES/ATTRIBUTES/SKILLS/ACTIONS (Rater)

a. ARMY VALUES. Check either "YES" or "NO". (Bullet Comments are mandatory. Substantive bullet comments are required for "NO" entries.)

| | YES | NO |
|---|---|---|
| 1. LOYALTY: Bears true faith and allegiance to the U. S. Constitution, the Army, the unit, and other Soldiers. | ☒ | ☐ |
| 2. DUTY: Fulfills their obligations. | ☒ | ☐ |
| 3. RESPECT/EO/EEO: Treats people as they should be treated. | ☒ | ☐ |
| 4. SELFLESS-SERVICE: Puts the welfare of the nation, the Army, and subordinates before their own. | ☒ | ☐ |
| 5. HONOR: Lives up to all the Army values. | ☒ | ☐ |
| 6. INTEGRITY: Does what is right - legally and morally. | ☒ | ☐ |
| 7. PERSONAL COURAGE: Faces fear, danger, or adversity (physical and moral). | ☒ | ☐ |

Loyalty / Duty / Respect / Selfless-Service / Honor / Integrity / Personal Courage

Bullet comments
o displayed an unwavering commitment to the goals of the unit and the Army which others emulated

o conducted himself in a professional manner earning the respect of his peers and senior leaders

o humble and quite NCO who exemplifies the Army values as a way of life

| RATED NCO'S NAME (Last, First, Middle Initial) CICCARELLA, RICHARD J. | | SSN | THRU DATE 20151231 |
|---|---|---|---|

**PART IV (Rater) - VALUES/NCO RESPONSIBILITIES** — Bullet comments are mandatory. Substantive bullet comments are required for "EXCELLENCE" or "NEEDS IMPROVEMENT."

**b. COMPETENCE**
- Duty proficiency; MOS competency
- Technical & tactical; knowledge, skills, and abilities
- Sound judgment
- Seeking self-improvement; always learning
- Accomplishing tasks to the fullest capacity; committed to excellence

EXCELLENCE (Exceeds std) ☒  SUCCESS (Meets std) ☐  NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o earned his Bachelor's Degree in Network and Communications Management by completing 26 college credits with a 3.5 GPA and made the Dean's List

o supervised and processed 13,150 non-secure routine calls to include 12 POTUS, 9 VPOTUS, 10 FLOTUS and 9 conference calls with over 196 conferees without failure

o received an excellent rating and an advancement to a Level III VPCO for his knowledge and expertize during two In-Town events

**c. PHYSICAL FITNESS & MILITARY BEARING**
- Mental and physical toughness
- Endurance and stamina to go the distance
- Displaying confidence and enthusiasm; looks like a Soldier

APFT: PASS  20150825  HEIGHT/WEIGHT: 66 / 124  YES

EXCELLENCE (Exceeds std) ☐  SUCCESS (Meets std) ☒  NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o awarded a Silver GAFPB

o provided pride and confidence that trickled down to his junior Soldiers which lead to the STRATCOM SEA coining one Soldier for their abilities to brief senior personnel

**d. LEADERSHIP**
- Mission first
- Genuine concern for Soldiers
- Instilling the spirit to achieve and win
- Setting the example; Be, Know, Do

EXCELLENCE (Exceeds std) ☒  SUCCESS (Meets std) ☐  NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o managed test calls that gave the POTUS, VPOTUS and FLOTUS communications worldwide during 104 CONUS, 28 OCONUS and 56 In-Town travel missions

o supported the WHCA affiliate program by allocating four personnel being trained to travel and supporting nine missions despite a shortage of personnel

o fostered a section that supports EO and SHARP programs by volunteering over 29 hours within his section instilling pride and a commitment to protect each other

**e. TRAINING**
- Individual and team
- Mission focused; performance oriented
- Teaching Soldiers how; common tasks, duty-related skills
- Sharing knowledge and experience to fight, survive and win

EXCELLENCE (Exceeds std) ☒  SUCCESS (Meets std) ☐  NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o trained two Soldiers in marksmanship which resulted in both receiving expert in preparation for the GAFPB a physical and mentally challenging course

o redesigned Signals training program that enabled two new Soldiers to be qualified as console controllers and four Soldiers advancing to Shift Supervisor ahead of schedule

o instructed and performed exercises that led to the successful completion of 10 Holiday calls between the President and Service members deployed worldwide

**f. RESPONSIBILITY & ACCOUNTABILITY**
- Care and maintenance of equipment/facilities
- Soldier and equipment safety
- Conservation of supplies and funds
- Encouraging Soldiers to learn and grow
- Responsible for good, bad, right & wrong

EXCELLENCE (Exceeds std) ☒  SUCCESS (Meets std) ☐  NEEDS IMPROVEMENT (Some) ☐ (Much) ☐

o mentored and guided 2 Soldiers through Safety and Safe Inspections both of which earned commendable ratings to include zero incidents in a 24/7 work center

o provided the educational mentality that led his section to complete 58 college hours and 575 correspondence courses improving Soldiers knowledge and skills

o selected to become a Financial Liability Officer that represented the Agency and Service members fairly both of which were cleared from wrong doing and zero cost

**PART V - OVERALL PERFORMANCE AND POTENTIAL**

a. RATER. Overall potential for promotion and/or service in positions of greater responsibility.

AMONG THE BEST ☒  FULLY CAPABLE ☐  MARGINAL ☐

b. RATER. List 3 positions in which the rated NCO could best serve the Army at his/her current or next higher grade.

Platoon Sergeant

Career Management NCO

Spectrum Management Chief

e. SENIOR RATER BULLET COMMENTS
o promote to Master Sergeant with peers

o send to Battle Staff Course immediately

o developed skills to solve important issues with the full potential to serve the Army as a Platoon Sergeant

o performed exceptional as a White House Communications Shift Supervisor and AVPCO with a no fail mission during multiple phone calls and trip support

c. SENIOR RATER. Overall performance. 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ (1 Successful, 3 Fair, 5 Poor)

d. SENIOR RATER. Overall potential for promotion and/or service in positions of greater responsibility. 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ (1 Superior, 3 Fair, 5 Poor)

DA FORM 2166-8, AUG 2015

Page 2 of 2
APD LC v1.02ES

**COMMENDATIONS**



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

### RICHARD J. CICCARELLA

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY

IN ACTIVE FEDERAL MILITARY SERVICE

FROM 14 JANUARY 2004 TO    14 JANUARY 2007



Robert Strack
CPT, SC
Commanding



# DEPARTMENT OF THE ARMY

## THIS IS TO CERTIFY THAT THE

# MERITORIOUS UNIT COMMENDATION

## HAS BEEN AWARDED TO THE

### 440TH SIGNAL BATTALION

## FOR MERITORIOUS SERVICE IN SUPPORT OF MILITARY OPERATIONS

### 6 OCTOBER 2005 TO 5 OCTOBER 2006

## GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

### THIS 8TH DAY OF MARCH 2007

SECRETARY OF THE ARMY



DA FORM 4980-7, Jan 2000. Previous edition is obsolete

DA FORM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

PRIVATE FIRST CLASS RICHARD J. CICCARELLA
CHARLIE COMPANY, 440TH SIGNAL BATTALION

FOR OUTSTANDING ACHIEVEMENT DURING THE 440TH SIGNAL BATTALION SOLDIER OF THE QUARTER BOARD. PFC CICCARELLA'S VAST KNOWLEDGE OF ARMY TOPICS, ATTENTION TO DETAIL, AND PROFESSIONALISM DIRECTLY LED HIM TO BE SELECTED AS THE BATTALION SOLDIER OF THE 3RD QUARTER, FY05. HIS OUTSTANDING PERFORMANCE OF DUTY REFLECTS GREAT CREDIT UPON HIMSELF, THE 440TH SIGNAL BATTALION, AND THE UNITED STATES ARMY.

FROM 20 JULY 2005 TO 20 JULY 2005

THIS 21ST DAY OF JULY 2005



PO 201-02, 21ST JUL 05
COMMANDER
440TH SIGNAL BATTALION
DARMSTADT, GERMANY

DEREK V. ORNDORFF
LTC, SC
Commanding

DA FORM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



*Robert Cecordle*

TO

SPECIALIST RICHARD CICCARELLA

CHARLIE COMPANY, 440TH SIGNAL BATTALION

FOR OUTSTANDING ACHIEVEMENT DURING THE TASK FORCE RUNNER SOLDIER OF THE QUARTER BOARD. SPC CICCARELLA'S VAST KNOWLEDGE OF ARMY TOPICS, ATTENTION TO DETAIL, AND PROFESSIONALISM DIRECTLY LED HIM TO BE SELECTED AS THE TASK FORCE RUNNER SOLDIER OF THE 3RD QUARTER, FY 06. HIS OUTSTANDING PERFORMANCE OF DUTY REFLECTS GREAT CREDIT UPON HIMSELF, TASK FORCE RUNNER, AND THE UNITED STATES ARMY.

FROM 12 MAY 2006 - 12 MAY 2006

THIS 22ND DAY OF MAY 2006



PO 142-01, 22 MAY 06
COMMANDER
440TH SIGNAL BATTALION
CAMP VICTORY, IRAQ

DEREK T. ORNDORFF
LTC, SC
Commanding

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

SERGEANT CICCARELLA RICHARD J.
CHARLIE COMPANY, 72D SIGNAL BATTALION

FOR EXCEPTIONALLY MERITORIOUS ACHIEVEMENT FOR BEING SELECTED AS THE 72D
SIGNAL BATTLION NCO OF THE QUARTER, 3RD QUARTER FY 07. SERGEANT
CICCARELLA'S KNOWLEDGE OF MILITARY TOPICS, STANDARD OF APPEARANCE,
MILITARY BEARING, AND COURTESY REFLECTS GREAT CREDIT UPON HIMSELF, THE 72D
SIGNAL BATTALION AND THE UNITED STATES ARMY.

From: 14 JUNE 2007 to 15 JUNE 2007

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 29th DAY OF JUNE 2007

PO# 180-01/29 JUNE 07
HQ, 72D Signal Battalion
Mannheim, Germany

JAY K. CHAPMAN
LTC, SC
Commanding



DA FORM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

SERGEANT RICHARD J. CICCARELLA

72D EXPEDITIONARY SIGNAL BATTALION, 7TH SIGNAL BRIGADE

**FOR** EXCEPTIONALLY MERITORIOUS ACHIEVEMENT AS THE BRIGADE NONCOMMISSIONED OFFICER OF THE QUARTER, 3RD QUARTER FY07. HIS OUTSTANDING PERFORMANCE, PROFESSIONALISM, AND DRIVE FOR EXCELLENCE ENABLED HIM TO WIN THE COMPETITION. SERGEANT CICCARELLA'S ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIM, THE 72D EXPEDITIONARY SIGNAL BATTALION, 7TH SIGNAL BRIGADE, AND THE UNITED STATES ARMY.

FROM 27 June 2007 TO 27 June 2007

THIS 27TH DAY OF JUNE 2007





PO 178-2/27 June 2007
HQ, 7TH SIGNAL BRIGADE
APO AE 09086

RANDALL W. BLAND
COL, SC
Commanding

DA FORM 4980-14, NOV 97



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

**TO**

SERGEANT RICHARD J. CICCARELLA
CHARLIE COMPANY, 440TH SIGNAL BATTALION

**FOR**

MERITORIOUS SERVICE WHILE ASSIGNED AS A NETWORK SWITCHING SYSTEMS OPERATOR/MAINTAINER AND UNIT ARMORER. SGT CICCARELLA'S UNPRECEDENTED LEADERSHIP, TECHNICAL COMPETENCE, AND COMMITMENT TO EXCELLENCE WHILE IN SUPPORT OF 22ND SIGNAL BRIGADE ENSURED THE ACCOMPLISHMENT OF NUMEROUS MISSIONS. HIS PERFORMANCE REFLECTS GREAT CREDIT UPON HIMSELF, THE 22ND SIGNAL BRIGADE, AND THE UNITED STATES ARMY.

**FROM: 28 SEPTEMBER 2004  TO: 31 JANUARY 2007**

THIS 6TH DAY OF DECEMBER 2006



PO 340-8, 06 December 2006
Commander, 22nd Signal Brigade
Darmstadt, Germany

FREDERICK A. CROSS
COL, SC
Commanding



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SPECIALIST RICHARD J. CICCARELA
CHARLIE COMPANY, 440TH SIGNAL BATTALION

FOR MERITORIOUS ACHIEVEMENT DURING THE TASK FORCE ADLER SOLDIER OF THE QUARTER BOARD. SPC CICCARELA'S VAST KNOWLEDGE OF ARMY TOPICS, ATTENTION TO DETAIL, AND PROFESSIONALISM DIRECTLY LED HIM TO BE SELECTED AS THE TASK FORCE ADLER SOLDIER OF THE 3RD QUARTER, FY 06. HIS OUTSTANDING PERFORMANCE OF DUTY REFLECTS GREAT CREDIT UPON HIMSELF, THE 22D SIGNAL BRIGADE AND THE UNITED STATES ARMY.

FROM: 26 MAY 2006    TO: 26 MAY 2006
THIS 26TH DAY OF MAY 2006



FREDERICK A. CROSS
COL, SC
Commanding

PO 146-2, 26 May 2006
Commander, Task Force Adler
Camp Victory, Iraq

DA FORM 4980-14, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL



TO

SPECIALIST RICHARD J. CICCARELLA
CHARLIE COMPANY, 440TH SIGNAL BATTALION

FOR

MERITORIOUS SERVICE WHILE ASSIGNED AS A UNIT ARMORER, CBRND SPECIALIST, TRAINING NCO
AND COMMANDER'S DRIVER. SPC CICCARELLA'S UNPRECEDENTED LEADERSHIP, TECHNICAL
COMPETENCE, AND COMMITMENT TO EXCELLENCE WHILE SUPPORTING OPERATION IRAQI FREEDOM
05-07, MULTI-NATIONAL CORPS IRAQ, CONTRIBUTED TO THE OVERALL SUCCESS OF TASK FORCE
ADLER. HIS PERFORMANCE REFLECTS GREAT CREDIT UPON HIMSELF, 22D SIGNAL BRIGADE, AND THE
UNITED STATES ARMY.

FROM: 06 OCTOBER 2005     TO: 05 OCTOBER 2006
THIS 4TH DAY OF JULY 2006



PO 185-86, 4 July 2006
Commander, Task Force Adler
Camp Victory, Iraq

FREDERICK A. CROSS
COL, SC
Commanding

DA FORM 4980-14, NOV 97



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

### STAFF SERGEANT RICHARD J. CICCARELLA

Charlie Company, 72d Expeditionary Signal Battalion

**TO**

**FOR** MERITORIOUS SERVICE AS A NODAL NETWORK SWITCH SUPERVISOR, AS WELL AS THE UNIT SAFETY AND RETENTION NONCOMMISSIONED OFFICER IN CHARGE. HIS TECHNICAL EXPERTISE, DEDICATION TO DUTY, AND OUTSTANDING PERFORMANCE MADE A DIRECT AND LASTING IMPACT ON THE UNIT'S SOLDIERS AND OFFICERS. STAFF SERGEANT CICCARELLA'S ACTIONS REFLECT GREAT CREDIT UPON HIMSELF, 2D SIGNAL BRIGADE, AND THE UNITED STATES ARMY.

9 March 2007 to 20 September 2010



PO# 173-53
HQ, 2D Signal Brigade
Mannheim, Germany



GERALD H. MILLER
COL, SC
Commanding

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL



TO

STAFF SERGEANT RICHARD J. CICCARELLA

CHARLIE COMPANY, 72ND EXPEDITIONARY SIGNAL BATTALION

FOR EXCEPTIONALLY MERITORIOUS SERVICE WHILE ASSIGNED TO TASK FORCE LION DURING DEPLOYMENT IN SUPPORT OF OPERATION IRAQI FREEDOM FY 10-12. STAFF SERGEANT CICCARELLA'S TIRELESS EFFORTS AND DEDICATION TO DUTY CONTRIBUTED SIGNIFICANTLY TO THE SUCCESS OF THE TASK FORCE LION MISSION. HIS PERFORMANCE AND PROFESSIONALISM REFLECT GREAT CREDIT UPON HIMSELF, THE 35TH THEATER TACTICAL SIGNAL BRIGADE-TASK FORCE LION, UNITED STATES FORCES-IRAQ, AND THE UNITED STATES ARMY.

17 JULY 2009 TO 16 JULY 2010



PO# 104-75
35TH Signal Brigade
Camp Victory, Iraq

MARC D. HARRIS
COL, SC
COMMANDING

# THE UNITED STATES OF AMERICA



## THE MERITORIOUS SERVICE MEDAL

**TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED**

**TO**

STAFF SERGEANT RICHARD J. CICCARELLA
106TH SIGNAL BRIGADE, FORT SAM HOUSTON, TX

**FOR** EXCEPTIONALLY MERITORIOUS SERVICE AS A SATELLITE COMMUNICATIONS SYSTEM STAFF NONCOMMISSIONED OFFICER, 106TH SIGNAL BRIGADE. STAFF SERGEANT CICCARELLA'S TECHNICAL PROFICIENCY, LEADERSHIP, AND UNTIRING WORK ETHIC GREATLY CONTRIBUTED TO THE UNIT'S SUCCESS, OPERATIONAL READINESS, AND MISSION ACCOMPLISHMENT. HIS EXTRAORDINARY DUTY PERFORMANCE AND OUTSTANDING CONTRIBUTIONS REFLECT GREAT CREDIT UPON HIMSELF, THE 106TH SIGNAL BRIGADE, THE 7TH SIGNAL COMMAND (THEATER), AND THE UNITED STATES ARMY.

FROM: 1 NOVEMBER 2010 TO 8 SEPTEMBER 2012

THIS 27TH DAY OF AUGUST 2012

PERMANENT ORDER 240-001
7TH SIGNAL COMMAND (THEATER)
FORT GORDON, GA 30905



JOHN B. MORRISON, JR.
BG, USA, COMMANDING

DA FORM 4980-12, NOV 97

**THE WHITE HOUSE**

WASHINGTON

November 1, 2013

Dear Sergeant Ciccarella:

Under the provisions of Executive Order 12793, dated March 20, 1992, you are hereby awarded the Presidential Service Badge and Certificate.

It is with great pleasure that I forward this award to you on behalf of the President of the United States.

You may purchase up to five badges to replace a lost or damaged badge, or for wear on an alternate uniform.  For authorization, please contact the White House Military Office Headquarters at (202) 757-2151.

A copy of this letter must be made a permanent part of your official record.  Thank you for your loyal and dedicated service to the President and the Nation.

Sincerely,

EMMETT S. BELIVEAU
Deputy Assistant to the President and
Director, White House Military Office

Sergeant First Class Richard J. Ciccarella, USA
XXX-XX-5707
The White House
Washington, D.C. 20502-0001

Enclosures:
Presidential Service Certificate
Presidential Service Badge #29660

**LETTERS OF REFERENCE**



# The Cathedral of St. Thomas More
3901 Cathedral Lane
Arlington, Virginia 22203-3600

Tel. 703.525.1300 • Fax 703.528.5760

May 27, 2019

To Whom It May Concern:

This letter is concerning Mr. Richard Ciccarella, who is an active member of the Cathedral of St. Thomas More in Arlington, VA. I have known Richard since the summer of 2018, when he began coming to the Men's Bible Study which I host twice a month.

From the beginning, he has shown himself to be kind, humble, and prayerful. I have never known him to be arrogant, boastful, or proud. He would regularly attend our morning Mass (7:00 AM) during the week, and I would often see him in the Church praying. Besides coming to the Bible Study himself, he has also taken the opportunity to speak about his faith to other young men at Joint Base Myer-Henderson Hall, where he lives. Two of those young men were sufficiently moved by his witness and testimony that they decided to join Richard for our Bible Study, and ultimately to inquire about becoming Catholic themselves. With Richard's encouragement and guidance, they attended classes for the Rite of Christian Initiation for Adults (Richard attended all the classes as well, although it was not required) and were baptized and confirmed Catholic at the Easter Vigil Mass on April 20, 2019. Both of them chose Richard as their godfather and sponsor. Every Thursday evening, Richard can be found praying in the Church during our period of Eucharistic Adoration. Eventually, he was asked to be the weekly leader for the rosary that is prayed during that time.

Richard's involvement in the Church has, from my perspective, been a part of a profound spiritual journey for him. Lightyears from where he was and where he could be, it seems to me that he has found his Rock – Christ – and with that Rock, peace and joy. The gratitude he exudes when he speaks of what Christ has done for him is contagious. Neither ostentatious nor saccharin, it appears as something desirable and real. Richard speaks of his desire for his own future to be one of preaching the Word of God, in whatever context God places him and by whatever means God permits. I have great confidence that the good work begun in him by Christ will be brought to completion (cf. Phil 1:6).

Sincerely in Christ,

Rev. Chris P. C

Rev. Christopher Christensen
Parochial Vicar
Cathedral of St. Thomas More

**Dr. Neal Collins, MD**
**Captain (Ret), USCG**
**900 N. Stafford Street**
**Arlington, VA 22203**

August 3, 2019

Honorable Donald M. Middlebrooks
Paul G. Rogers Federal Building and
U.S. Courthouse
701 Clematis Street
Room 257
West Palm Beach, Florida 33401

Dear Judge Middlebrooks,

I am writing on behalf of Sergeant First Class (SFC) Richard Ciccarella to attest to his moral character and discipline. I have been a friend of SFC Ciccarella for over a year now since we met while attending Sunday Mass at the Catholic Chapel on Joint Base Myer-Henderson Hall, Virginia. In the past year, I have seen him develop as a person of faith and serve as a spiritual mentor to both civilians and soldiers alike. He has never failed in his obligation to attend weekly Mass and, in fact, often goes several times a week. He also attends Eucharistic adoration multiple times a week.

During his assignment here SFC Ciccarella has become extremely active in charity work and very supportive of projects in both the Archdiocese for the Military Services, USA and the Diocese of Arlington. He helps at a local soup kitchen on Saturdays and helps lead a weekly Bible study with me every Tuesday. Many in our chapel recognize him for his dedication and selfless service.

SFC Ciccarella is also very devoted to his daughter and contacts her as often as his former wife allows. Despite a separation and subsequent divorce, he has continuously provided significantly more money to both his former wife and child than the court has required.

I understand that SFC Ciccarella might have made some mistakes in his previous assignment. But, I know him for the man he is today: a pillar in the local Catholic community, a terrific non-

commissioned officer, and a good father.  I sincerely hope that you will take all of this into consideration.

Sincerely,

*Neal Collins, MD*

Neal Collins, MD
Captain (Ret), USCG

Peter J. Hickman
4601 2ⁿᵈ Rd N
Arlington, VA 22203

July 22, 2019

To whom it may concern:

I met Richard Ciccarella for the first time on June 10. He came to a meeting of the Legion of
Mary at the Cathedral of St Thomas More in Arlington, Virginia. The Legion of Mary is a lay
Catholic organization whose object is the glory of God through the holiness of its members
developed by prayer and apostolic works for the Church. Before the meeting, we had previously
spoken once by phone after he had signed a sheet indicating interest in the Legion of Mary.

Since his first meeting in June, Richard has consistently attended our weekly meetings and has
participated in our apostolic works. As a probationary member, Richard has reported on time for
all of his work assignments (four, to date). Three of these assignments involved going door to
door in the neighborhood around the Cathedral to reach out to those we encounter about the
Cathedral and the services that it offers. On at least two of these occasions the work was done
during some of the hottest days in July. Work assignments generally last about two hours.

I do not know the nature of the trouble that Richard has gotten himself into but I am convinced
that Richard is a changed man. His work, to date, as a member of the Legion of Mary has been
exemplary. I do believe in conversion and that a changed heart makes a changed man. This
conversion and Richard's sincerity of faith is real.

Richard did not ask me to write this letter. I volunteered to write it when he told me that he had
some serious legal troubles. My hope is that this letter will be of assistance in Richard receiving
leniency from the court.

If needed, I can be reached by phone at 703-528-0297.

Sincerely,

Peter Hickman



**DEPARTMENT OF THE ARMY**
HEADQUARTERS AND HEADQUARTERS COMPANY
UNITED STATES ARMY GARRISON
239 SHERIDAN AVENUE, BUILDING 417
FORT MYER, VA  22211-1199

IMMH-HH                                                                                            31 May 2019

MEMORANDUM FOR Record

SUBJECT:  Character statement for Sergeant First Class (SFC) Richard Ciccarella

1.  I am Captain Shawn M. Pierce, Commander Headquarters and Headquarters Company (HHC) U.S. Army Garrison, Joint Base Myer-Henderson Hall, Virginia. SFC Ciccarella is a member of the Headquarters and Headquarters Company team and has been since March 2018. He remains a valuable asset to the team even into my fifteenth month of command.

2.  SFC Ciccarella upholds the highest standards of a Soldier and non-Commissioned Officer. His level of professionalism and leadership, in the largest battalion in the Army consisting of more than 8000 Soldiers, NCOs and Officers, is of the greatest quality. He is a self-starter and dedicated to the battalion's mission. His can-do attitude is contagious. He is a valued member of the HHC team. His conduct and character are without question. His ability to complete all tasks in a timely and efficient manner is noteworthy.

3.  SFC Ciccarella embodies the core values of the Army. His passion for the Army and the pride he has reflects this quality. The Army needs SFC Ciccarella within its ranks to continue to carry the mantle of leadership for its Soldiers, NCOs and Officers.

4.  It is without reservation that I present this character reference on behalf of SFC Richard Ciccarella.

5.  POC is the undersigned at 703-696-3358 or via email at shawn.m.pierce12.mil@mail.mil

SHAWN M. PIERCE
CPT, AG
Commanding

## Character Reference Letter for Richard Ciccarella

To whom it may concern,

The purpose of this brief letter is to attest to the virtuous character and behavior of Richard Ciccarella. I formally met and became acquainted with Richard in early November of 2018 here at St. Agnes Catholic Church, outside of our Adoration Chapel. Before then, I had often anonymously prayed alongside Richard at the 12 Noon daily Mass at St. Thomas More Cathedral. After quickly ascertaining Richard to be a devout Christian disciple of Jesus who took his moral life and spiritual growth very seriously, I invited him to join our perpetual prayer apostolate of Eucharistic Adoration.

Richard exhibited zeal and initiative immediately by volunteering to be the Team Leader for the Saturday, 3-4 a.m. Adoration Team, which he has coordinated and overseen with vigilance and competence. His attendance at his scheduled weekly Adoration hour has been rock solid stable, and he is always at least 15 minutes early for his assignment. The virtues that I have most frequently observed in Richard are humility, respect, generosity, sacrifice, commitment, consistency/stability, and punctuality. As a result of our regular conversations and collaboration over the past six months, I now have the joy of calling Richard a true friend and brother in the Lord, and I am honored to offer this attestation on his behalf for your consideration.

Respectfully in Jesus, Mary, & Joseph,

Michael J. Sirotniak
Coordinator of Adoration, Security, & Logistics
Saint Agnes Catholic Church
Arlington, VA
May 15th, 2019 A.D.

Regina Torres
1312 Massachusetts Ave NW
Apt 801
Washington DC, 20005


September 2, 2019


Re: Richard Ciccarella


To: The Honorable Donald M. Middlebrooks


Your Honor,

I am writing this character reference on behalf of my friend, Richard Ciccarella. Richard and I have known each other for a year and in that time, I have found him to be honest and straightforward to a fault.

Richard has never pretended to be flawless — he was open from the start about his shortcomings, and the changes he's made in recent years to overcome them. It's one of the reasons I respect him and am happy to write this letter on his behalf.

I understand it's your responsibility to protect society from potential threats. However, I firmly believe Richard poses no such threat. In fact, in my experience he makes those of us around him better by just being himself.

Every week, Richard spends time in quiet prayer, centering himself. He also volunteers at one of the local soup kitchens (Miriam's Kitchen). Hearing Richard express how excited he is to see his daughter, and seeing him light up when he talks about her, is to witness genuine love. This is Richard's contribution: straightforward, unassuming, consistent.

I hope you will consider his good qualities at the time of sentencing. He's not perfect but he's a good man. Please know that he is valuable to a number of us, and could be valuable to many more if permitted.

Sincerely,

Regina Torres